1
2
3
4
5
6
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   CAROLYN MINER, et al.,                    )   Case No.: 1:15-cv-00626 AWI JLT
                                               )
12                    Plaintiffs,              )   ORDER SETTING A FURTHER SCHEDULING
                                               )   CONFERENCE
13          v.                                 )
                                               )
14   J.P. MORGAN CHASE BANK N.A.,              )
                                               )
15                    Defendants.              )
     _____)
16

17          On the May 3, 2016, the defendants removed this matter to this Court. (Doc. 1)  In the

18   removal, the defendants noted that it had not been served properly in the state action.[1]  Id. at 2.  From

19   the time of the removal to now, the plaintiff has not properly served the summons and complaint.  As a

20   result, though the Court convened the mandatory scheduling conference, it was not able to schedule

21   the case.  Thus, the Court **ORDERS**:

22          1.      The Clerk of the Court is **DIRECTED** to issue a summons as to the first amended

23   complaint;

24          2.      **No later than September 9, 2016**, Plaintiff **SHALL** accomplish service of the

25   summons and complaint and file proof of service;

26

27   _____

28   [1] The defendant notes that the plaintiff mailed a copy of the summons and complaint with the Notice and
     Acknowledgement of Receipt already completed.  Without deciding the issue, the Court agrees that this is service does not
     appear to be proper according to law.

                                              1

1    3.    A further scheduling conference is set on **November 29, 2016** at 9:30 a.m. at the

2  United States Courthouse at 510 19th Street, Bakersfield, California.  Counsel may appear via the

3  CourtCall service.

4

5  IT IS SO ORDERED.

6    Dated:   **August 5, 2016**             **/s/ Jennifer L. Thurston**

7                                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28