UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MINER,<br><br>        Plaintiff,<br><br>   v.<br><br>J.P. MORGAN CHASE, NA,,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:16-cv-00626 JLT<br><br>ORDER DIRECTING THE CLERK TO OPEN A NEW CASE |

    On May 3, 2016, J.P. Morgan Chase Bank filed a notice of removal of the action from the Kern County Superior Court. (Doc. 1) The underlying state court case was numbered CV-16-100809 and sought to quiet title to property located in Tehachapi, California. (Doc. 1-1)

    On July 5, 2016, Plaintiff, Carolyn Miner, filed a "notice of removal" seeking to remove a second action, for unlawful detainer, filed against her in Kern County Superior Court by J.P. Morgan Chase Bank. (Doc. 4) This underlying case was numbered MCL-16000005. Id. at 1, 7. After this, J.P. Morgan filed a "Notice of Judgment" demonstrating that the unlawful detainer action had completed and a the superior court and that court had issued a writ of possession in J.P. Morgan's favor days after the action was removed to this Court. (Doc. 6-1)

    This second matter does not implicate federal court jurisdiction and is unrelated to the first action removed. It is unclear why this second action was filed on the docket of the first.

///

1

Therefore, the Court **ORDERS**:

1. The Clerk of the Court is DIRECTED to open a new case and to file the documents filed in this current action in docket numbers 4, 5, 6 and 12 in the new matter.

IT IS SO ORDERED.

Dated:   **August 30, 2016**                           **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE