UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MINER,<br><br>        Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE, NA,,<br><br>        Defendant. | Case No.: 1:16-cv-00626 AWI JLT<br><br>ORDER GRANTING EX PARTE REQUEST FOR ADDITIONAL TIME TO FILE A RESPONSIVE PLEADING<br><br>(Doc. 16) |

The plaintiff filed a proof of service claiming service of the first amended complaint occurred on August 24, 2016. (Doc. 14) The defendant asserts that the service of the complaint was improper[1] such that its obligation to respond has not been triggered. (Doc. 15 at 2) Nevertheless, the defendant requests until September 30, 2016 to respond. Id.

Counsel for the defendant reports that she attempted to obtain a stipulation from the plaintiff and left several messages for her, seeking a return call, but the plaintiff did not respond. (Doc. 15-1 at 2) Thus, good cause appearing, the Court **ORDERS**:

///

///

///

---

[1] The Court notes that the service was made, it appears, via substitute service to the secretary for counsel for the defendant (Doc. 14) rather than personal service on a proper representative of the defendant. Fed. R. Civ. P. 4(h).

1

1. The ex parte request for an extension to September 30, 2016 to file a responsive pleading is **GRANTED**.

IT IS SO ORDERED.

Dated: **September 15, 2016**         /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE